UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JILL CARUSO**<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>**KE JIA ZHEN ENTERPRISES, LLC**<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:22-CV-00278-JJH<br><br>JUDGE JEFFREY J. HELMICK<br><br>**<u>STIPULATED NOTICE<br>OF DISMISSAL</u>**<br><br>Kevin C. Urtz (0096100)<br>MOCKENSTURM, LTD.<br>1119 Adams Street, First Floor<br>Toledo, OH 43604<br>(419) 724-3499 Phone<br>(419) 724-3495 Fax<br>kevin@mockltd.com<br><br>*Counsel for Defendant,*<br>*Ke Jia Zhen Enterprises, LLC* |

　　Now come the parties, Jill Caruso, Plaintiff, and Ke Jia Zhen, LLC, Defendant, who hereby represent to the Court that they have reached a settlement in the above-captioned matter. Accordingly, the parties stipulate that this matter shall be dismissed, with prejudice, pursuant to Fed. Civ. R. 41(a)(1)(A)(ii). Each party to bear her/its costs.


/s/ Kevin C. Urtz
Kevin C. Urtz (0096100)
MOCKENSTURM, LTD.
1119 Adams Street
Toledo, OH 43604
kevin@mockltd.com

*Attorney for Defendant,*
*Ke Jia Zhen Enterprises, LLC*

/s/ Owen Dunn
(via email approval 1/3/23)
Owen B. Dunn, Jr., Esq. (0074743)
Law Offices of Owen Dunn, Jr.
4334 W. Central Ave., Suite 222
Toledo, OH 43615
dunnlawoffice@sbcglobal.net

*Attorneys for Plaintiff,*
*Jill Caruso*


So Ordered.

s/ Jeffrey J. Helmick
United States District Judge